UNITED STATES DISTRICT COURT

OF CONNECTICUT

(New Haven)

| | | |
|---|---|---|
| CAMILLE SWIFT<br>**Plaintiff** | : <br> : <br> : | 3:11-CV-01430 WWE<br>Re: SATISFACTION<br>OF JUDGMENT |
| V. | : <br> : | |
| KAUTILYA VERNON HOTEL, LLC<br>**Defendant** | : | ~~September~~ October 7, 2015 |

SATISFACTION OF JUDGMENT

Debtor: KAUTILYA VERNON HOTEL, LLC

Creditor: CAMILLE SWIFT

THIS IS TO CERTIFY that on June 5, 2012 a judgment was obtained and amended on February 25th 2015, in UNITED STATES DISTRICT COURT OF CONNECTICUT (New Haven) by CAMILLE SWIFT against KAUTILYA VERNON HOTEL, LLC including costs, post judgment interest and attorney fees in the total of $ 60,502.16.

Said judgment has been paid in full.     Plaintiff, CAMILLE SWIFT

BY _____
Attorney Peter Goselin- ct06074
Law Offices of Peter Goselin
557 Prospect Avenue, 2nd Floor
Hartford, Connecticut 06105
Phone: 860-580-9675
Fax: 860-471-8133
pdgoselin@gmail.com
Federal Juris Number:

CERTIFICATE OF SERVICE

This is to certify that on ~~September~~ October 7th, 2015, the foregoing Satisfaction of Judgment was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

The original was sent by mail for Counsel for the Defendant for the Defendant's records.

_____
Peter Goselin